UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**USA,**

vs. CASE NO. **6:10−MJ−00012−MJS**

**JENNIFER JONES,**

**ORDER OF REASSIGNMENT**

The court, having considered the appointment of U.S. Magistrate Judge Michael J. Seng, finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

IT IS THEREFORE ORDERED that:

The above captioned case shall be and is hereby **REASSIGNED** to **U.S. Magistrate Judge Michael J. Seng**, for all further proceedings.

The new case number for this action, which must be used on all future documents filed with the court, is:

**6:10−MJ−00012−MJS**

All dates currently set in this reassigned action shall remain pending subject to further order of the court.

Dated: April 22, 2010

ANTHONY W. ISHII, Chief
United States District Judge