DANIEL J. BRODERICK, Bar #89424
Federal Defender
REGGIE ALIGADA, MINNESOTA Bar #0319776
Assistant Federal Defender
Designated Counsel for Service
P.O. Box 631
Yosemite, California 95389
Telephone: (559) 372-0306

Attorney for Defendant
JENNIFER JEAN JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br>v.<br>JENNIFER JEAN JONES,<br>*Defendant.* | No. 6:10-mj-0012 MJS<br><br>APPEARANCE OF COUNSEL OF RECORD AND *CHANGE* IN DESIGNATION OF COUNSEL FOR SERVICE |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Pursuant to Local Rule 83-182, and the Criminal Justice Act Plan for this district, Part VI, paragraph B, I confirm my appearance as counsel of record in this case for JENNIFER JEAN JONES, and designate new counsel for service as follows:

REGGIE ALIGADA
Assistant Federal Defender
P.O. Box 631
Yosemite, California 95389
Telephone: (559) 372-0306

Former counsel for service was Jeremy S. Kroger.

I hereby certify that I am an attorney admitted to practice in this court.

Dated: May 26, 2010

/s/ REGGIE ALIGADA
REGGIE ALIGADA
Assistant Federal Defender
Attorney for Defendant
Jennifer Jean Jones