DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL HILL, Bar #151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JENNIFER JEAN JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br>v.<br>JENNIFER JEAN JONES,<br>*Defendant.* | No. 6:10-mj-0012 MJS<br><br>APPEARANCE OF COUNSEL OF RECORD AND *CHANGE* IN DESIGNATION OF COUNSEL FOR SERVICE |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Pursuant to Local Rule 83-182, and the Criminal Justice Act Plan for this district, Part VI, paragraph B, I confirm my appearance as counsel of record in this case for JENNIFER JEAN JONES, and designate new counsel for service as follows:

Rachel Hill
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561

Former counsel for service was Reggie Aligada.

I hereby certify that I am an attorney admitted to practice in this court.

Dated: October 5, 2010

/s/ Rachel Hill
RACHEL HILL
Assistant Federal Defender
Attorney for Defendant
Jennifer Jean Jones